IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  **09-30157-DRH** |
| | ) | |
| **RICO M. DAVIS,** | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2).  The Defendant entered a plea of guilty to Counts 1, 2 and 3 of  the Indictment.  Defendant also conceded the government could prove all of the elements for forfeiture of the property sought in Count 4; accordingly, Defendant relinquished any interest he may have in that property.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea relative to Counts 1, 2 and 3 was knowing and voluntary, and that the offenses charged are supported by an independent factual basis containing each of the essential elements of such offenses.  I similarly found that Defendant knowingly and intelligently conceded the forfeiture of the property enumerated in Count 4.

I therefore recommend that the concession of forfeiture be accepted, the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

    **DATED: March 5, 2010.**                                  **s/ Clifford J. Proud**
                                                                             **CLIFFORD J. PROUD**
                                                                             **U. S. MAGISTRATE JUDGE**

## NOTICE

Failure to file a written objection to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and

Recommendation before the assigned U.S. District Judge.  28 U.S.C. 636(b)(1)(B).